IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                               **PLAINTIFF**
**ADC #149998C**

v.            **CASE NO. 2:20-CV-00145-BSM**

**WILLIAM STRAUGHN,** *et al.*                                         **DEFENDANTS**

## ORDER

Jarell Terry's motion to dismiss Ciara Brown [Doc. No. 62] is granted. All claims against Brown are dismissed without prejudice. Brown's motion for summary judgment [Doc. No. 55] is denied as moot.

IT IS SO ORDERED this 18th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE