# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL TERRY**  PLAINTIFF
**ADC #149998C**

v.  CASE NO. 2:20-CV-00145-BSM

**WILLIAM STRAUGHN,** *et al.*  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Thomas J. Ray's partial recommended disposition [Doc. No. 83] is adopted. Jarell Terry's motions for injunctive relief [Doc. No. 70] and emergency injunctive relief [Doc. No. 80] are denied.

IT IS SO ORDERED this 22nd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE