IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL TERRY**  PLAINTIFF
*ADC #149998C*

v.  CASE NO. 2:20-CV-00145-BSM

**DEVINE MAIDEN,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 30th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE